**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **BOCHASANWASI SHRI AKSHAR PURUSHOTTAM SWAMINARAYAN SANSTHA, INC. D/B/A BAPS DALLAS, LLC** | § § § § | |
| *Plaintiff* | § | **CIVIL ACTION NO. 3:17-cv-1838-G** |
| | § | |
| **v.** | § § | |
| **CHURCH MUTUAL INSURANCE COMPANY; TAILORED ADJUSTMENT SERVICES, INC. AND JARED E. GOMEZ** | § § § | |
| *Defendants* | § | |

---

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
---

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Bochasanwasi Shri Akshar Purushottam Swaminarayan Sanstha, Inc. d/b/a BAPS Dallas, LLC and Defendants Church Mutual Insurance Company, Tailored Adjustment Services, Inc. and Jared E. Gomez that all claims asserted or that could have been asserted by plaintiff against defendants shall be dismissed with prejudice, the parties to be responsible for their own attorneys' fees and costs.

IT IS FURTHER STIPULATED AND AGREED that, upon presentment of this Stipulation, properly signed by the attorneys for the parties, this Court may enter an Order pursuant to the terms hereof.

DATED this 28th day of November, 2017.

| | |
|---|---|
| **MERLIN LAW GROUP, P.A.** | **SHEINESS, GLOVER & GROSSMAN, LLC** |
| */s/ Javier Delgado* | */s/ Marc A. Sheiness* |
| Javier Delgado, Jr., Esq. | Marc A. Sheiness, Esq. |
| 515 Post Oak Blvd., Suite 750 | 4544 Post Oak Place Drive, Suite 270 |
| Houston, TX 77027 | Houston, TX 77027 |
| Telephone: (713) 626-8880 | Telephone: (713) 374-7000 |
| Facsimile: (713) 626-8881 | Facsimile: (713) 374-7049 |
| Email: jdelgado@merlinlawgroup.com | Email: msheiness@hou-law.com |
| *Attorneys for Plaintiff,* | *Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 28th, 2017, a true and correct copy of the foregoing Joint Stipulation of Dismissal with Prejudice was filed with the Clerk of Court using the CM/ECF system, causing a copy of same to be forwarded to:

Marc A. Sheiness
Sheiness, Glover & Grossman, LLP
4544 Post Oak Place Drive, Ste. 270
Houston, TX 77027
msheiness@hou-law.com

Jennifer LeBlanc
Macdonald Devin, PC
3800 Renaissance Tower
1201 Elm Street
Dallas, TX 75270
JLeBlanc@macdonalddevin.com

Brian P. Lauten
Deans & Lyons, LLP
325 N. Saint Paul Street, Ste. 1500
Dallas, Texas 75201
blauten@deanslyons.com

 */s/ Javier Delgado*
 Javier Delgado